IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

GEORGE MUNOZ,                                  Case No. 15-19047-JKO
                                                              Chapter 11

    Debtor.
_____/

## MOTION FOR RELIEF FROM STAY

    COMES NOW Movant KATHRYN ANDERSON, the Mother of the Debtor's 2 minor Children, by and through her undersigned counsel and, pursuant to 11 U.S.C. Section 362(d)(1), moves for relief from the automatic stay provisions of 11 U.S.C. Section 362(a), and for cause alleges:

    1.    The parties are involved in a child custody dispute in Broward County Circuit Court in connection with a Paternity action, as well as a dispute over back child support owed Movant and attorney's fees in connection both therewith;

    2.    There are pending issues of back child support, modification of custody, and attorney's fees, all of which are either excepted from the automatic stay (Child Custody and Visitation, 11 U.S.C. Section 362(b)(2)(A)(iii)), and are otherwise non-dischargeable (Attorney's Fees, and Back Child Support, (11 U.S.C, Sections 523(a)(5) and (a)(15));

    3.    As this is a Chapter 11 Reorganization, the latter issues of attorney's fees and back child support must be established in order to allow Movant to file a proper proof of claim, or otherwise seek further stay relief for more prompt payment.  The proper forum for such determination should be the Broward County Circuit Court, which is familiar with the underlying facts of the case

WHEREFORE, Movant moves for relief from the automatic stay provisions of 11 U.S.C. Section 362(a), to permit Movant to pursue her actions for back child support and attorney's fees and a "comfort order" to permit her to pursue her action for child custody and visitation in the Broward County Circuit Court, and for whatever further relief this Honorable Court deems just and proper.

Respectfully submitted this 24th day of June, 2015.

                DAVID MARSHALL BROWN, P.A.
                401 E. Las Olas Boulevard, Suite 1400
                Fort Lauderdale, FL 33301
                (954) 770-3729
                DavidBrownFLL@gmail.com

By: /s/ David Marshall Brown
David Marshall Brown, Esq.
Florida Bar No. 0995649

## CERTIFICATE OF SERVICE

The Following Parties Being known CM/ECF Participants, have been served upon the electronic filing of this document:

Susan D. Lasky, Esq., ECF@suelasky.com
Zana Michelle Scarlett, Esq., Counsel for the United States Trustee,
Zana.M.Scarlett@usdoj.gov
Barry Seth Turner, Esq.,
Barry.Turner@gmlaw.com

By: /s/ David Marshall Brown
David Marshall Brown, Esq.
Florida Bar No. 0995649