B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
Southern District of Florida

In re George Munoz, Case No. 15-19047

Debtor Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF GEORGE MUNOZ HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of 06.30.15 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of George Munoz holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| AOTRC, INC. | 100% | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of George Munoz holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: 06.30.15

_______________________________
Signature of Authorized Individual

_______________________________
Name of Authorized Individual

_______________________________
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_______________________________
Signature of Debtor

_______________________________
Signature of Joint Debtor

**Exhibit A**
**Valuation Estimate for AOTRC, INC.]**

The Debtor's company, Arthritis- Osteoporosis Treatment and Research Center, Inc. a/k/a AOTRC, INC., is valued at zero dollars. The reason for this valuation is that this is a personal service corporation with a lot of debt. The location is leased and there are no other significant assets. The debt of the company exceeds all assets.

B26 (Official Form 26) (12/08) – Cont. 4

**Exhibit B**
**Financial Statements for AOTRC, INC.**

B26 (Official Form 26) (12/08) – Cont. 5

**Exhibit B-1**
**Balance Sheet for AOTRC, INC.**
As of 05.30.15

[

B26 (Official Form 26) (12/08) – Cont. 6

**Exhibit B-2**

**Statement of Income (Loss) for AOTRC, INC.**

Period ending **05.30.15**

B26 (Official Form 26) (12/08) – Cont. 7

**Exhibit B-3**

**Statement of Cash Flows for AOTRC, INC.**

For the period ending 05.30.15

3:04 PM
06/29/15
Cash Basis

# Arthritis & Osteoporosis Treatment Center, Inc
## Balance Sheet
### As of May 31, 2015

| | May 31, 15 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| 100 · Sabadell/Mellon Bank-MB - 3... | -494.16 |
| 105 · TD/Mercantile Bank - 6244 | 10,341.08 |
| 108 · Petty Cash | 4,520.40 |
| Total Checking/Savings | 14,367.32 |
| Other Current Assets | |
| 130 · Employee Loans | 200.00 |
| Total Other Current Assets | 200.00 |
| Total Current Assets | 14,567.32 |
| Fixed Assets | |
| 253 · Computers & Peripherals | 52,241.67 |
| 254 · Computer Software | 16,813.00 |
| 259 · Leasehold Improvements | 106,589.70 |
| 263 · Physical Therapy Equipment | 5,689.80 |
| 264 · Medical Equipment | 106,456.51 |
| 265 · MRI Equipment | 318,348.06 |
| 266 · Office Buildout | 108,864.21 |
| 269 · Furniture & Fixtures | 79,545.03 |
| 280 · Accumulated Depreciation | -607,092.00 |
| 281 · U/S Sonosite Machine | 1,678.08 |
| Total Fixed Assets | 189,134.06 |
| Other Assets | |
| 308 · Security Deposits - Office | 5,574.25 |
| 310 · Lease Deposit - Computer Net... | 2,096.94 |
| 320 · Bank Exchanges | 3,063.03 |
| Total Other Assets | 10,734.22 |
| **TOTAL ASSETS** | **214,435.60** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 401 · Accounts Payable | 454.62 |
| Total Accounts Payable | 454.62 |
| Credit Cards | |
| 402 · Credit Cards | |
| 402.1 · BOA - 1278 (old 8110) | 22,343.24 |
| 402.2 · BOA - FL Marlins 1773 | 11,453.23 |
| 402.6 · MBNA-GoldOptions 5013 | 900.00 |
| 402.7 · BOA-GoldOption 6557 | 11,018.22 |
| 402.8 · Chevron | -9,106.77 |
| 402.9 · Chase Visa - 1367 | 8,068.49 |
| 402 · Credit Cards - Other | -900.00 |
| Total 402 · Credit Cards | 43,776.41 |
| Total Credit Cards | 43,776.41 |

3:04 PM
06/29/15
Cash Basis

# Arthritis & Osteoporosis Treatment Center, Inc
## Balance Sheet
### As of May 31, 2015

| | May 31, 15 |
|---|---|
| Other Current Liabilities | |
| 403 · Capital One Settlement | 1,449.53 |
| 404 · SS & Medicare Payable | -19,090.83 |
| 405 · FWH Payable | -128,908.74 |
| 406 · Federal Depository | 14,509.79 |
| 410 · Unemployment Taxes Paya... | -12,509.39 |
| 411 · 2012 Payroll Tax Installme... | 22,410.89 |
| 473 · Loan Payable - M. Waldfogel | -11,600.00 |
| 476 · Loan Payable to Oasis | -23,000.00 |
| Total Other Current Liabilities | -156,738.75 |
| Total Current Liabilities | -112,507.72 |
| Long Term Liabilities | |
| 420 · N/P - Mellon Bank | 8.04 |
| 423 · N/P - Bankers Healthcare | -15,116.70 |
| 425 · N/P - TD Bank/Commerce Ba... | -383.73 |
| 426 · N/P - Highland Capital - MRI | 162,738.46 |
| 427 · N/P - Highland Capital - DEXA | -873.20 |
| 428 · N/P - Marlin - Sonosite U/S | -3,162.25 |
| 429 · N/P - Court Square - Proelect | 18,230.85 |
| 474 · Shareholder Loans | 7,853.25 |
| Total Long Term Liabilities | 169,294.72 |
| Total Liabilities | 56,787.00 |
| Equity | |
| 3000 · Opening Bal Equity | -32,651.64 |
| 551 · Capital Stock | 500.00 |
| 557 · Shareholder Distributions | -213,042.65 |
| 558 · Retained Earnings | 402,048.86 |
| Net Income | 794.03 |
| Total Equity | 157,648.60 |
| TOTAL LIABILITIES & EQUITY | 214,435.60 |

3:06 PM
06/29/15
Cash Basis

# Arthritis & Osteoporosis Treatment Center, Inc
## Profit & Loss
### January through May 2015

| | | Jan - May 15 |
|---|---|---|
| **Income** | | |
| 604 · Nutritional Supplies Commiss... | | 6.60 |
| 607 · Patient Fees Insurance Only | | 244,042.01 |
| 608 · Patient Fees | | 25,575.94 |
| 609 · Patient Fee Refunds | | -195.00 |
| 610 · Medical Record & Form Comp... | | 1,379.83 |
| 611 · Patient Fees - Statements | | 5,027.10 |
| 613 · Patient Self Pay | | 7,866.52 |
| 614 · Professional Fee Revenue | | 375.00 |
| 618 · Patient POA - Collections | | 10,485.99 |
| 621 · Other Income | | 7,840.00 |
| **Total Income** | | 302,403.99 |
| **Cost of Goods Sold** | | |
| 714 · Nutritional Supplies | | 2,140.00 |
| **Total COGS** | | 2,140.00 |
| **Gross Profit** | | 300,263.99 |
| **Expense** | | |
| Transfer | | 0.00 |
| 707 · Lab Supplies | | |
| 707.1 · Labs - Allergy Kits | 3,852.50 | |
| 707 · Lab Supplies - Other | -232.86 | |
| Total 707 · Lab Supplies | | 3,619.64 |
| 710 · Medical Drugs | | 2,661.31 |
| 711 · Medical Disposibles | | 4,103.02 |
| 715 · X-Ray supplies | | 1,709.65 |
| 852 · Tolls & Parking | | 125.00 |
| 853 · Automobile Expense | | 1,263.74 |
| 855 · Advertising & Promotion | | 1,500.00 |
| 859 · Bank & Credit Card Svc Charg... | | 1,428.91 |
| 868 · Computer Software Maintena... | | 230.00 |
| 869 · Contract Labor | | 52,127.14 |
| 880 · Dues and Subscriptions | | 178.88 |
| 881 · Donations Chartible | | 304.26 |
| 885 · Equipment Leasing | | |
| 885.15 · Itamar - Endo Pat | 3,798.50 | |
| Total 885 · Equipment Leasing | | 3,798.50 |
| 886 · Equipment Rental | | 51.91 |
| 898 · Health Insurance - Shareholder | | 3,458.61 |
| 901 · Insurance - Health | | 3,578.00 |
| 902 · Insurance - Other | | |
| 902.1 · Liability Insurance | 817.10 | |
| 902.3 · Malpractice Insurance | 366.38 | |
| 902.4 · Work Comp | 1,565.00 | |
| 902.5 · Life | 1,838.10 | |
| Total 902 · Insurance - Other | | 4,586.58 |
| 903 · Interest Expense | | 2,065.59 |
| 905 · Janitorial Service | | 3,402.00 |
| 906 · Janitorial Supplies | | 373.86 |
| 910 · Licenses and Permits | | 789.25 |
| 917 · Medical Waste Disposal | | 1,315.57 |
| 918 · Office Expenses | | |
| 918.1 · Office Supplies | 1,328.19 | |
| 918.4 · Office Bottled Water Servi... | 236.93 | |
| Total 918 · Office Expenses | | 1,565.12 |

3:06 PM
06/29/15
Cash Basis

# Arthritis & Osteoporosis Treatment Center, Inc
## Profit & Loss
### January through May 2015

| | Jan - May 15 |
|---|---|
| 919 · Payroll - Office | |
| 919.1 · Clinical | 34,036.27 |
| 919.2 · Finance / Business Office | 23,074.80 |
| 919.4 · Front Office | 9,365.84 |
| Total 919 · Payroll - Office | 66,476.91 |
| 929 · Payroll - Officer Salaries | 20,764.50 |
| 931 · Payroll Taxes | 33,813.60 |
| 934 · Physical Therapy | 170.65 |
| 935 · Postage and Delivery | 178.89 |
| 936 · Professional Fees | |
| 936.2 · Accounting Fees | 6,225.00 |
| 936.4 · Billing/Collection Services | 24,882.21 |
| 936.9 · EMR Licenses | 6,611.65 |
| Total 936 · Professional Fees | 37,718.86 |
| 937 · Printing | 52.94 |
| 938 · Rent - Office | |
| 938.1 · Rental Office Interest | 1,450.33 |
| 938.2 · Rental Office Tax | 2,409.30 |
| 938 · Rent - Office - Other | 36,048.87 |
| Total 938 · Rent - Office | 39,908.50 |
| 939 · Repairs & Maintenance | 63.60 |
| 944 · Security | 704.32 |
| 949 · Taxes - Other | 346.09 |
| 951 · Telephone & Internet | 2,939.11 |
| 955 · Utilities | 2,095.45 |
| Total Expense | 299,469.96 |
| Net Income | 794.03 |

B26 (Official Form 26) (12/08) – Cont.

**Exhibit C**
**Description of Operations for AOTRC, INC.**

The Debtor is the owner of the company.

The company provides medical services to patients for the treatment of Arthritis and Osteoporosis.

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for AOTRC, INC.**
05.30.15

NO CHANGE IN OWNERSHIP.